UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-2218-GW-SSCx | Date | April 28, 2025 |
|---|---|---|---|
| Title | *Erica Kue v. Porsche Cars North America, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [13] was filed on April 25, 2025. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for June 30, 2025 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on June 26, 2025.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |